UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Jermaine Terrell Jackson,

        Petitioner,

vs.           ORDER ADOPTING
        REPORT AND RECOMMENDATION

Warden Marques,           Civ. No. 18-2679 (MJD/LIB)

        Respondent.

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. That this Petition for a Writ of Habeas Corpus [Docket No. 1] is **DENIED as moot**, and this action is **DISMISSED with prejudice**.

LET JUDGMENT BE ENTERED ACCORDINGLY

DATED: June 5, 2019           s/ Michael J. Davis
        Michael J. Davis
        United States District Court